**Glenda Hassan**

| | |
|---|---|
| **From:** | James McInerny <JMcInerny@sbsb-eastham.com> |
| **Sent:** | Friday, November 14, 2025 5:22 PM |
| **To:** | Glenda Hassan |
| **Cc:** | Robert Morse; Michelle Gray; Sarah Jones; Alyssa Ramirez; MorseParalegal; Erica Hidalgo; Tiyauna Lewis |
| **Subject:** | Civil Action No. 4:24-cv-1011; Karl Arkadie v. Occidental Petroleum Corporation and Third Coast Infrastructure, LLC; |

**CAUTION - EXTERNAL:**

Ms. Hassan:

The parties to this lawsuit have reached a settlement. We expect to have the settlement papers filed with the Court in the next 30 days. I am copying counsel for plaintiff and our co-defendants on this message.

Thank you,


**James P. McInerny**
Partner



1001 McKinney Street
Suite 1400
Houston, Texas 77002
713-588-0446 Office
832- 844-2489 Direct
713-202-9728 Mobile
713-574-2942 Fax
jmcinerny@sbsb-eastham.com

The information transmitted, including any attachments, is intended only for the person or entity to which it is addressed and may contain confidential and/or privileged material. Any review, retransmission, dissemination or other use of, or taking of any action in reliance upon, this information by persons or entities other than the intended recipient is prohibited, and all liability arising therefrom is disclaimed. If you received this in error, please contact the sender and delete the material from any computer. Thank you.

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.